964

No. 876. DALEY ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Reuben Goodman* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. ▆▆▆▆▆▆▆▆

No. 877. NATIONAL LEAD CO. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *John B. Henrich, Jr.* for the National Lead Co., *Robert A. Sturges* for the Sherwin-Williams Co., *Richard Serviss* for the Eagle-Picher Co. et al., petitioners; and *Thomas J. McDowell* and *Nathan S. Blumberg* were also of counsel. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Charles H. Weston, Earl W. Kintner* and *Robert B. Dawkins* for respondent. ▆▆▆▆▆▆▆▆

No. 882. LAYCOCK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Norman L. Easley* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for the United States. ▆▆▆▆▆▆▆▆

No. 883. IN RE NORDA ESSENTIAL OIL & CHEMICAL Co., INC., *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Robert Ash* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Rice, Hilbert P. Zarky* and *Meyer Rothwacks* for the United States. ▆▆▆▆▆▆▆▆

No. 884. ISBRANDTSEN Co., INC., *v.* NORTUNA SHIPPING Co. C. A. 2d Cir. Certiorari denied. *Woodson D. Scott* for petitioner. ▆▆▆▆▆▆▆▆